IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AMBER KUCZKOWSKI,

    Plaintiff,

v.                                       No. _____

HOBBY LOBBY, and
JERRY "LEE" PATTERSON, individually,

    Defendants.

## JURY DEMAND

Amber Kuczkowski, by and through her attorneys Valdez and White Law Firm, LLC (Timothy L. White), makes this demand for a jury for all claims in this matter to be tried to a jury.

Respectfully submitted,

Valdez and White Law Firm, LLC

By: /s/Timothy L. White_____
    Timothy L. White
    P.O. Box 25646
    Albuquerque, N.M. 87125
    Phone: (505) 345-0289
    Facsimile: (505) 345-2573
    tim@valdezwhite.com