# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**AMBER KUCZKOWSKI,**

    **Plaintiff,**

v.          No. 2:18-cv-01152 WJ/CG

**HOBBY LOBBY STORES, INC., dba**
**HOBBY LOBBY STORE 0302, and**
**JERRY "LEE" PATTERSON, individually,**

    **Defendants.**

## NOTICE OF CONSENT TO ARBITRATE

Plaintiff Amber Kuczkowski files this Notice of Consent to Arbitrate to notify the Court that the parties consent to a stay of this matter and referral to arbitration. In support of this Notice, the parties show the following:

1. On April 15, 2019, Defendant Hobby Lobby filed a Motion to Compel Arbitration and to Abate Proceedings seeking to compel Plaintiff to submit to arbitration claims arising out of and related to her employment with Hobby Lobby.

2. On or about April 16, 2019, Plaintiff's counsel notified Hobby Lobby's counsel that Plaintiff agrees to arbitration.

3. The parties are in discussions to find a mutually-agreeable Arbitrator to both parties.

4. Accordingly, the parties hereby notify the Court that both parties agree to stay this case pending the conclusion of the arbitration.

                                    Respectfully submitted,

                                    VALDEZ & WHITE LAW FIRM, LLC

/s/Timothy L. White
Timothy L. White
PO Box 25646
Albuquerque, NM  87125
Tel: (505) 345-0289
Fax: (505) 345-2573
tim@valdezwhite.com

CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of Notice of Consent to Arbitrate was emailed to opposing counsel on April 18, 2019:

Mario Franke
Mark Walker
Dickinson-Wright PLLC
221 N. Kansas St., Suite 2000
El Paso, TX  79901
(915) 541-9334
mfranke@dickinson-wright.com
mwalker@dickinson-wright.com

/s/Timothy L. White
Timothy L. White