## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| AMBER KUCZKOWSKI, § § § *Plaintiff*, § § No. 2:18-cv-01192 WJ/CG v. § § HOBBY LOBBY STORES, INC., dba § HOBBY LOBBY STORE 0302, and § JERRY "LEE" PATTERSON, individually, § § *Defendants*. § | |

## ORDER GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO ABATE PENDING RESOLUTION OF ARBITRATION PROCEEDINGS

**ON THIS DAY CAME ON FOR CONSIDERATION** the Defendants' Motion to Compel Arbitration and to Abate Pending Resolution of Arbitration Proceedings ("Motion"). After Defendants' initial filing of said Motion, Plaintiff consented to arbitration. After careful consideration, a review of the pleadings and exhibits and evidence, and hearing argument of counsel, if any, the Court finds that Defendants' Motion to Compel Arbitration should, and is hereby, **GRANTED.**

**IT IS THEREFORE ORDERED** that all proceedings in this case are hereby abated pending a decision from an Arbitrator, and that the parties are ordered to participate in arbitration.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1

**SUBMITTED BY:**

**Dickinson Wright PLLC**
221 North Kansas Street, Suite 2000
El Paso, Texas 79901
Tel: (915) 541-9322
Fax: (844) 670-6009

By: */s/Mark C. Walker*
**Mark C. Walker**
NM State Bar No. 148359
NM Federal Bar ID No. 17-171
mwalker@dickinson-wright.com
**Mario Franke**
NM State Bar No. 142397
NM Federal Bar ID No. 11-197
mfranke@dickinson-wright.com
**ATTORNEYS FOR DEFENDANTS
HOBBY LOBBY STORES, INC., and
JERRY "LEE" PATTERSON**


**AGREED TO AS FORM:**

*Consent received on April 18, 2019.*
Mr. Timothy L. White
Valdez and White Law Firm, LLC
P.O. Box 25646
Albuquerque, N.M. 87125
Tel: (505) 345-0289
Fax: (505) 345-2573
tim@valdezwhite.com
**Attorney for Plaintiff**