IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AMBER KUCZKOWSKI

    Plaintiff,

v.                                                                           CV No. 18-1192 WJ/CG

HOBBY LOBBY, et al.,

    Defendants.

## ORDER VACATING TELEPHONIC MOTION HEARING

**THIS MATTER** is before the Court on its *Order Granting Defendants' Motion to Compel Arbitration and to Abate Pending Resolution of Arbitration Proceedings*, (Doc. 16), filed May 14, 2019. In light of the Court's Order abating proceedings, the Court hereby **VACATES** the telephonic Rule 16 Scheduling conference set for May 16, 2019 at 3:00p.m.

**IT IS THEREFORE ORDERED** that the telephonic conference scheduled for May 16, 2019, at 3:00 p.m. is hereby **VACATED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE