# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

AMBER KUCZKOWSKI

    Plaintiff,

v.                              CV No. 18-1192 WJ/CG

HOBBY LOBBY, et al.,

    Defendants.

## ORDER TO NOTIFY THE COURT OF STATUS OF ARBITRATION

**THIS MATTER** is before the Court upon review of the record. In May 2019, the presiding Judge ordered the parties to participate in arbitration proceedings. (Doc. 16). It has now been six months since this case was compelled to arbitration and no further update about the status of this case has been provided by the parties. *See* (Doc. 16) (filed May 14, 2019).

**IT IS THEREFORE ORDERED** that, on or before **January 14, 2020**, Plaintiff shall notify the Court in writing of the status of this case.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE